Cecil W. GAVRIL, Claimant/Appellant,

v.

SUNSET AUTO COMPANY,
Employer/Respondent.

No. 63209.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 5, 1993.

Marc S. Wallis, Newman & Bronson, St. Louis, for claimant, appellant.

Raymond J. Flunker, Jeffrey M. Proske, Evans & Dixon, St. Louis, for employer, respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

Claimant appeals from a final award of the Labor and Industrial Relations Commission (Commission), modifying the award of an Administrative Law Judge and awarding him $11,778.15. We affirm. The findings and conclusions of the Commission are supported by substantial and competent evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this

order affirming the judgment pursuant to Rule 84.16(b).